Eric M. Fraser, 027241
Phillip W. Londen, 032488
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com
plonden@omlaw.com

Wesley C. Achey (*pro hac vice*)
John D. Haynes (*pro hac vice*)
Matthew W. Howell (*pro hac vice*)
Katherine M. Donald (*pro hac vice*)
James Atkison (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000
wes.achey@alston.com
john.haynes@alston.com
matthew.howell@alston.com
katie.donald@alston.com
james.Atkison@alston.com

*Attorneys for Plaintiff/Counterclaim
Defendant MiMedx Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MiMedx Group, Inc., | No. 2:24-cv-03558-SMB |
| Plaintiff, | **MIMEDX'S ANSWER TO COUNTERCLAIMS** |
| v. | |
| Surgenex, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff/Counterclaim Defendant MiMedx Group, Inc. ("MiMedx") hereby answers Defendant/Counterclaim Plaintiff Surgenex, LLC's ("Surgenex") counterclaims as follows:

## RESPONSE TO SURGENEX'S COUNTERCLAIMS

### INTRODUCTION

1. MiMedx denies the allegations in paragraph 1.

2. MiMedx denies the allegations in paragraph 2.

3. MiMedx denies the allegations in paragraph 3.

4. MiMedx admits the allegations in paragraph 4.

5. MiMedx denies the allegations in paragraph 5.

6. MiMedx denies the allegations in paragraph 6.

7. MiMedx admits only that Surgenex's counterclaims seek declaratory judgments of alleged non-infringement, invalidity, and unenforceability relating to the Patents-In-Suit. MiMedx denies that such counterclaims have legal merit and therefore otherwise denies the allegations in paragraph 7.

### THE PARTIES

8. MiMedx admits the allegations in paragraph 8.

9. MiMedx admits only that Surgenex purports to be a limited liability company organized and existing under the laws of the State of Arizona with its principal place of business at 15444 North 76th Street, Suite C110, Scottsdale, Arizona 85260. As to the remaining allegations of paragraph 9, MiMedx does not have sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained therein, and on that basis, denies them.

### JURISDICTION AND VENUE

10. MiMedx admits the allegations in paragraph 10.

11. MiMedx admits the allegations in paragraph 11.

12. MiMedx admits only that an actual controversy exists between the parties regarding whether Surgenex infringes the Patents-in-Suit, and that MiMedx filed a Complaint against Surgenex concerning its infringement of the Patents-in-Suit. MiMedx

otherwise denies the allegations in paragraph 12.

13.    MiMedx admits that it filed the Complaint in this action, and does not contest personal jurisdiction in this Court for the purposes of this litigation.

14.    MiMedx admits that it transacts business in the State of Arizona.

15.    MiMedx admits that it filed the Complaint in this action, and does not contest venue for purposes of this litigation.

**FIRST COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '494 PATENT**

16.    MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

17.    MiMedx denies the allegations of paragraph 17.

18.    MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '494 Patent.

19.    MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, at 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 19.

20.    MiMedx denies the allegations of paragraph 20.

**SECOND COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '494 PATENT**

21.    MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

22.    MiMedx denies the allegations of paragraph 22.

23.    MiMedx denies the allegations of paragraph 23.

24.    MiMedx denies the allegations of paragraph 24.

25.    MiMedx admits that an actual controversy exists between the parties regarding whether the '494 Patent is valid.

26.    MiMedx admits that this controversy is amenable to an injunction against,

and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 26.

27.     MiMedx denies the allegations of paragraph 27.

**THIRD COUNTERCLAIM: DECLARATORY JUDGMENT OF
ALLEGED NON-INFRINGEMENT OF THE '253 PATENT**

28.     MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

29.     MiMedx denies the allegations of paragraph 29.

30.     MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '253 Patent.

31.     MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 31.

32.     MiMedx denies the allegations of paragraph 32.

**FOURTH COUNTERCLAIM: DECLARATORY JUDGMENT OF
ALLEGED INVALIDITY OF THE '253 PATENT**

33.     MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

34.     MiMedx denies the allegations of paragraph 34.

35.     MiMedx denies the allegations of paragraph 35.

36.     MiMedx denies the allegations of paragraph 36.

37.     MiMedx admits that an actual controversy exists between the parties regarding whether the '253 Patent is valid.

38.     MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its

unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 38.

39.    MiMedx denies the allegations of paragraph 39.

### FIFTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '259 PATENT

40.    MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

41.    MiMedx denies the allegations of paragraph 41.

42.    MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '259 Patent.

43.    MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 43.

44.    MiMedx denies the allegations of paragraph 44.

### SIXTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '259 PATENT

45.    MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

46.    MiMedx denies the allegations of paragraph 46.

47.    MiMedx denies the allegations of paragraph 47.

48.    MiMedx denies the allegations of paragraph 48.

49.    MiMedx admits that an actual controversy exists between the parties regarding whether the '259 Patent is valid.

50.    MiMedx admits that this controversy is amenable to an injunction against, and recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for

relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 50.

51.     MiMedx denies the allegations of paragraph 51.

**SEVENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '839 PATENT**

52.     MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

53.     MiMedx denies the allegations of paragraph 53.

54.     MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '839 Patent.

55.     MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 55.

56.     MiMedx denies the allegations of paragraph 56.

**EIGHTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '839 PATENT**

57.     MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

58.     MiMedx denies the allegations of paragraph 58.

59.     MiMedx denies the allegations of paragraph 59.

60.     MiMedx denies the allegations of paragraph 60.

61.     MiMedx admits that an actual controversy exists between the parties regarding whether the '839 Patent is valid.

62.     MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies

the allegations of paragraph 62.

63.    MiMedx denies the allegations of paragraph 63.

### NINTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '449 PATENT

64.    MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

65.    MiMedx denies the allegations of paragraph 65.

66.    MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '449 Patent.

67.    MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 67.

68.    MiMedx denies the allegations of paragraph 68.

### TENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '449 PATENT

69.    MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

70.    MiMedx denies the allegations of paragraph 70.

71.    MiMedx denies the allegations of paragraph 71.

72.    MiMedx denies the allegations of paragraph 72.

73.    MiMedx admits that an actual controversy exists between the parties regarding whether the '449 Patent is valid.

74.    MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 74.

75. MiMedx denies the allegations of paragraph 75.

**ELEVENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '174 PATENT**

76. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

77. MiMedx denies the allegations of paragraph 77.

78. MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '174 Patent.

79. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 79.

80. MiMedx denies the allegations of paragraph 80.

**TWELFTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '174 PATENT**

81. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

82. MiMedx denies the allegations of paragraph 82.

83. MiMedx denies the allegations of paragraph 83.

84. MiMedx denies the allegations of paragraph 84.

85. MiMedx admits that an actual controversy exists between the parties regarding whether the '174 Patent is valid.

86. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 86.

87. MiMedx denies the allegations of paragraph 87.

**THIRTEENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '701 PATENT**

88. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

89. MiMedx denies the allegations of paragraph 89.

90. MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '701 Patent.

91. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 91.

92. MiMedx denies the allegations of paragraph 92.

**FOURTEENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '701 PATENT**

93. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

94. MiMedx denies the allegations of paragraph 94.

95. MiMedx denies the allegations of paragraph 95.

96. MiMedx denies the allegations of paragraph 96.

97. MiMedx admits that an actual controversy exists between the parties regarding whether the '701 Patent is valid.

98. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 98.

99. MiMedx denies the allegations of paragraph 99.

## FIFTEENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '137 PATENT

100. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

101. MiMedx denies the allegations of paragraph 101.

102. MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '137 Patent.

103. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 103.

104. MiMedx denies the allegations of paragraph 104.

## SIXTEENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '137 PATENT

105. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

106. MiMedx denies the allegations of paragraph 106.

107. MiMedx denies the allegations of paragraph 107.

108. MiMedx denies the allegations of paragraph 108.

109. MiMedx admits that an actual controversy exists between the parties regarding whether the '137 Patent is valid.

110. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 110.

111. MiMedx denies the allegations of paragraph 111.

## SEVENTEENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED NON-INFRINGEMENT OF THE '697 PATENT

112. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

113. MiMedx denies the allegations of paragraph 113.

114. MiMedx admits that an actual controversy exists between the parties regarding whether Surgenex infringes the '697 Patent.

115. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 115.

116. MiMedx denies the allegations of paragraph 116.

## EIGHTEENTH COUNTERCLAIM: DECLARATORY JUDGMENT OF ALLEGED INVALIDITY OF THE '697 PATENT

117. MiMedx incorporates by reference the foregoing paragraphs as if fully set forth herein.

118. MiMedx denies the allegations of paragraph 118.

119. MiMedx denies the allegations of paragraph 119.

120. MiMedx denies the allegations of paragraph 120.

121. MiMedx admits that an actual controversy exists between the parties regarding whether the '697 Patent is valid.

122. MiMedx admits that this controversy is amenable to an injunction against, and the recovery of damages payable to MiMedx from, Surgenex concerning its unauthorized infringement of MiMedx's patent rights. MiMedx incorporates by reference its prayer for relief in the Complaint (Dkt. 1, 45-46, ¶¶ A–G). MiMedx otherwise denies the allegations of paragraph 122.

123. MiMedx denies the allegations of paragraph 123.

## PRAYER FOR RELIEF

MiMedx does not believe that a response to the Prayer is required. However, to the extent that Surgenex asserts that it is entitled to any relief, MiMedx disagrees with such assertions and denies the propriety of any relief sought.

## GENERAL DENIAL

Except to the extent expressly admitted above, MiMedx denies each and every other allegation in Surgenex's Counterclaims.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, MiMedx demands a trial by jury of all issues so triable.

DATED this 11th day of March, 2025.

OSBORN MALEDON, P.A.

By  s/ Phillip W. Londen

Eric M. Fraser
Phillip W. Londen
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

Wesley C. Achey (*pro hac vice*)
John D. Haynes (*pro hac vice*)
Matthew W. Howell (*pro hac vice*)
Katherine M. Donald (*pro hac vice*)
James Atkison (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

*Attorneys for Plaintiff/Counterclaim Defendant MiMedx Group, Inc.*