## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MiMedx Group Incorporated, | No. CV-24-03558-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Surgenex LLC, | |
| Defendant. | |

This matter having come before the Court by application of E. Anthony Figg, Joseph A. Hynds, Brett A. Postal, Sharon L. Davis, Nicole M. DeAbrantes, Adam M. Nicolais, and Hugham Chan and Rothwell, Figg, Ernst, & Manbeck, P.C. for an order withdrawing them as counsel for Defendant Surgenex, LLC ("Surgenex") (Doc. 198) and the Court having considered this matter, and for good cause shown,

**IT IS ORDERED** that their application is granted and E. Anthony Figg, Joseph A. Hynds, Brett A. Postal, Sharon L. Davis, Nicole M. DeAbrantes, Adam M. Nicolais, and Hugham Chan and Rothwell, Figg, Ernst, & Manbeck, P.C., are withdrawn as counsel for Surgenex. The Court is directed to remove E. Anthony Figg, Joseph A. Hynds, Brett A. Postal, Sharon L. Davis, Nicole M. DeAbrantes, Adam M. Nicolais, and Hugham Chan and Rothwell, Figg, Ernst, & Manbeck, P.C. from the CM/ECF electronic list of counsel served in this matter.

Dated this 17th day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge