## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

MiMedx Group Incorporated,

        Plaintiff,

v.

Surgenex LLC,

        Defendant.

No. CV-24-03558-PHX-SMB

**ORDER**

Having considered Surgenex's Notice of Expedited Consideration (Doc. 201) and good cause appearing,

**IT IS HEREBY ORDERED** that expedited consideration of Surgenex's Motion for Extension of Time is GRANTED.

**IT IS FURTHER ORDERED**:

a.  Plaintiff must respond to Surgenex's Motion for Extension of Time no later than **July 27, 2026**; and

b.  Setting a telephonic hearing on Surgenex's Motion for Extension of Time on **July 29, 2026 at 9:00 a.m.** (15 minutes allowed).

Dated this 23rd day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge