# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MiMedx Group Incorporated, | No. CV-24-03558-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Surgenex LLC, | |
| Defendant. | |

Before the Court is Surgenex's Motion for Extension of Time. Upon consideration of the Motion, the Court finds good cause under Rules 6(b) and 16(b)(4) for modification of the Scheduling Order (Doc. 200). Accordingly,

**IT IS ORDERED** that Surgenex's Motion is GRANTED.

**IT IS FURTHER ORDERED** that the following deadlines in the Court's May 4, 2026 Order (Doc. 186) are amended as follows:

| Event | Current Deadline | **New Deadline** |
|---|---|---|
| Rebuttal expert reports | August 7 | **September 21** |
| Close of expert discovery | September 9 | **October 22** |
| Trial Setting Conference | October 5 | (no change) |
| Deadline to file dispositive motions | September 16 | **October 29** |
| Deadline to file oppositions to dispositive motions | N/A | **November 30** |
| Deadline to file replies in further support of dispositive motions | N/A | **December 15** |

**IT IS FURTHER ORDERED** the October 5, 2026 trial setting conference is reset **to November 9, 2026 at 8:45 a.m.** (15 minutes allowed).

Dated this 29th day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge