**KERCSMAR & O'HARA PLLC**
Geoffrey S. Kercsmar (#020528)
Grant S. Cragun (#034332)
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480) 421-1001
gsk@KandOlaw.com
gsc@KandOlaw.com

**ROSE LAW GROUP PC**
Thomas A. Gilson (#022460)
7144 East Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Telephone: (480) 505-3936
TGilson@roselawgroup.com

**ZAIGER LINDEN ROBERTI & PEPE LLC**
Douglas J. Pepe (admitted *pro hac vice*)
John Roberti (admitted *pro hac vice*)
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 540-9577
dpepe@zlrp.com
jroberti@zlrp.com

*Attorneys for Defendant Surgenex LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MiMedx Group, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Surgenex, LLC,<br><br>Defendant. | No. 2:24-cv-03558-SMB<br><br>**DEFENDANT SURGENEX, LLC'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Pursuant to FED. R. CIV. P. 56 and Local Rule 56.1(a), Defendant Surgenex, LLC ("**Surgenex**") respectfully submits this Separate Statement of Facts and accompanying Declaration of John Roberti attached as **Exhibit A**, with exhibits ("**Ex. __**") in support of its Motion for Summary Judgment against Plaintiff MiMedx Group Inc. ("**MiMedx**").

## I. THE PATENTS-IN-SUIT, ACCUSED PRODUCTS, AND THIS ACTION

1. MiMedx filed this action on December 16, 2024. (Dkt. 1).

2. MiMedx did not notify Surgenex of any alleged infringement prior to filing the Complaint. (*Id.* ¶¶122-23).

3. MiMedx alleges that certain of Surgenex's dehydrated placental tissue grafts infringe certain claims of U.S. Patent Nos. 8,709,494 (Ex. B, the "**'494 Patent**"), 9,956,253 (Ex. C, the "**'253 Patent**"), 10,406,259 (Ex. D, the "**'259 Patent**"), and 9,572,839 (Ex. E, "**'839 Patent**," and collectively, the "**Patents-in-Suit**"). (Ex. F (MiMedx's Final Infringement Contentions ("**FIC**")) at 1).

4. MiMedx alleges infringement of the following claims of the Patents-in-Suit (*see id.* at 6): (1) 494 Patent: Claims 1, 4-5, 9-10; (2) '253 Patent: Claims 1-2, 4-5, 7; (3) '259 Patent: 1, 5-12; and (4) '839 Patent: 1-2.

5. The Court construed the disputed claim terms in its claim construction order (Dkt. 142), and the parties agreed to constructions of other terms (Dkt. 119).

6. MiMedx identifies the accused Surgenex products as PelloGraft/SurGraft AC, RenoGraft/SurGraft ACA, VitoGraft/SurGraft XT, SurGraft TL, and ArdeoGraft/SurGraft XTC (collectively, the "**Accused Products**"). (Ex. F (FIC) at 3-4, Exs. A-1, A-2, B-1, B-2, C-1, C-2, D-1).

7. Specifically, MiMedx alleges that the Accused Products infringe the following claims of the Patents-in-Suit (*see id.*):

| **Accused Product** | **Patent-in-Suit** | | | |
|---|---|---|---|---|
| | **'494** | **'253** | **'259** | **'839** |
| PelloGraft/SurGraft AC | 1, 4-5, 9-10 | 1, 2, 4-5, 7 | 1, 5-12 | n/a |

| | | | | |
|---|---|---|---|---|
| RenoGraft/SurGraft ACA | 1, 4, 9-10 | n/a | 1, 5, 7-12 | n/a |
| VitoGraft/SurGraft XT | 9-10 | 7 | 1, 7-12 | n/a |
| SurGraft TL | 9-10 | n/a | 1, 7-12 | n/a |
| ArdeoGraft/SurGraft XTC | n/a | n/a | n/a | 1-2 |

## II. MIMEDX DOES NOT PROPERLY MARK ITS PATENTED PRODUCTS

8. [redacted]

9. [redacted]

10. [redacted]

11. [redacted]

[redacted]

[redacted]

[redacted]

14. MiMedx's website states "MiMedx products may be covered by one or more of the following U.S. patents and their foreign counterparts," followed by a list of MiMedx's 117 patents. (Ex. O (www.mimedx.com/patents, last visited Oct. 29, 2026)). The list is divided into two categories: (1) "AMNIOTIC MEMBRANE PRODUCT LINES" (79 patents, including the Patents-in-Suit) and (2) 38 "OTHER Patents." (*Id.*).

15. The website does not identify any MiMedx products by name. (*Id.*). The website also does not identify which products practice which patents, or which are part of the "amniotic membrane product lines" and which are not. (*Id.*). MiMedx lists 12 "Human Placental Allograft[]" products on a separate page of its website. (Ex. P (https://www.mimedx.com/products-overview/, last visited Oct. 29, 2026)).

16. [redacted]).

17. Surgenex's expert Dr. Taghizadeh opined that a person of ordinary skill in the art could not determine which listed patents cover a given product from the face of the MiMedx patent website. (Ex. R (Rebuttal Report of Dr. Taghizadeh ("**Taghizadeh Reb.**") ¶¶381-83) ("To determine which listed patents cover a given product, a [person of ordinary skill] would have to obtain each listed patent, read its claims, identify the claims that could plausibly read on the product, and then determine whether the product meets every limitation of those claims….In my experience…, that analysis is substantial even for one patent. Multiplied across the 70 patents listed, it is a significant undertaking. It is not the kind of determination a [person of ordinary skill] could make from the face of the product insert or the webpage.").

18. [redacted]

[redacted]

19. [redacted]

## III. SURGRAFT XT, TL, AND XTC USE A SINGLE FOLDED SHEET

20. SurGraft XT (also sold as VitoGraft), SurGraft TL, and SurGraft XTC (also sold as ArdeoGraft) are accused of infringing the following patent claims requiring a graft built from two (or more) distinct layers of tissue:

- Claims 9 and 10 of the '494 Patent require "a laminate comprising two or more separated and washed layers which layers are selected from amnion and/or chorion wherein the layers are directly laminated to each other." (Ex. B ('494 Patent) cl. 9-10).
- Claim 7 of the '253 Patent (SurGraft XT only) requires "a laminate consisting of two washed layers," a first amnion layer and a second amnion or chorion layer, "wherein the layers were separated prior to being laminated to each other." (Ex. C ('253 Patent) cl. 7.) The first layer "consists of an epithelial cellular layer, a basement membrane, a compact layer, and a fibroblast cellular layer"; the second is either chorion or an amnion layer that "consists of" an enumerated set of sublayers. (*Id.*)
- Claim 1 of the '259 Patent (and dependent claims 7-12) requires a "first layer which is a separated and washed amnion layer" and "a second layer which is a separated and washed amnion or chorion layer," wherein "the first and second layers are directly laminated to each other." (Ex. D ('259 Patent) cl. 1).
- Claim 1 and 2 of the '839 Patent (SurGraft XTC only) require a graft "consisting of a first chorion tissue layer and a second chorion tissue layer which is laminated to said first chorion tissue layer," and not one piece of chorion folded onto itself.

(Ex. E ('839 Patent) cl. 1-2).

(*See also* Ex. T (Opening Expert Report of Dr. Rouzbeh Taghizadeh ("**Taghizadeh Rpt.**") ¶¶50, 52-53).

21. SurGraft XT and SurGraft TL are each made from a single amnion sheet folded onto itself. (Ex. U (SURG_0000054, SOP 8.4) §4.1.21; Ex. V (SURG_0000068, SOP 8.11) §4.23; Ex. R (Taghizadeh Reb.) ¶¶316, 318, 320; Ex. W (Deposition of Brian Stoor ("**Stoor**")) at 94:2-15; Ex. X (Deposition of Michael Merritt ("**Merritt**")) at 94:25-95:14).

22. The SurGraft XT and SurGraft TL each utilize a single amnion membrane, detached from the placenta and separated from the chorion. (Ex. R (Taghizadeh Reb.) ¶¶316, 318). The single amnion membrane is washed and cleaned as one sheet and only then folded: for SurGraft XT, "in half, so that it creates a double layer of tissue" (Ex. U (SURG_0000054, SOP 8.4) §4.1.21), and for SurGraft TL, "in thirds, on top of itself, so that it creates a triple layer of tissue." (Ex. V (SURG_0000068, SOP 8.11) §4.23).

23. There is no evidence that Surgenex removes all of the spongy layer in the manufacture of SurGraft XT or SurGraft XTC. ((Ex. R (Taghizadeh Reb.) ¶¶208-209, 211-213, 344-345). On observed production runs the spongy layer remained across substantially the entire surface of each membrane after the final rinse. (*Id.* ¶¶150-154, 183-192, 200-202 and Figs. 10-14, 29-32).

24. No SurGraft XT or SurGraft TL manufacturing process step instructs to cut or divide the single amnion membrane sheet into separate pieces. (*See id.* ¶¶316, 318, 320-21; Ex. X (Merritt) at 94:25-95:14; Ex. H (Hopkinson Rpt.) ¶¶283-85).

25. SurGraft XTC is made from a single sheet of folded chorion. (Ex. Y (SURG_0000075, SOP 8.13) § 4.1.23 ("For SurGraft XTC fold entire chorion in half, so that it creates a double layer of tissue on the mesh)).

26. The Court's claim-construction order did not construe "separated" in any of these claims. (Dkt. 142).

## IV. SURGENEX DOES NOT DEOXYGENATE ITS PACKAGING

27. Claim 1 of the ’259 Patent recites a “sealed, deoxygenated container” holding a dehydrated placental tissue graft with “a shelf-life of at least 5 years” at room temperature. (Ex. D (’259 Patent) cl. 1).

28. Claims 5-12 depend from claim 1 and include the “sealed, deoxygenated container” limitation, including claim 9, which adds that the container is “heat sealed.” (*Id.* cl. 1, 5-12; Ex. T (Taghizadeh Rpt.) ¶53).

29. The Court gave “a shelf-life of at least 5 years” its plain meaning but did not construe “sealed, deoxygenated container.” (Dkt. 142 at 4, 25-28; Ex. T (Taghizadeh Rpt.) ¶¶64-65).

30. In the packaging process for the Accused Products alleged to have infringed the’259 Patent, Surgenex [redacted]. (Ex. Z (SURG_0000061, SOP 8.5) (SurGraft AC); Ex. U (SURG_0000054, SOP 8.4) (SurGraft XT); Ex. V (SURG_0000068, SOP 8.11) (SurGraft TL); Ex. AA ((SURG_0000009, BT.2107) (SurGraft ACA)).

31. [redacted] (Ex. Z (SURG_0000061, SOP 8.5) §4.4.2.2 (irradiation indicator); Ex. BB (SURG_0000015) at -17; Ex. CC (SURG_0000048 at -510; Ex. DD (SURG_0000089 at -92); Ex. W (Stoor) 41:18-25; Ex. H (Hopkinson Rpt.) ¶264). The products have a five-year shelf life when stored at ambient temperature. (*Id.* ¶387).

32. No protocol includes a nitrogen flush, vacuum, oxygen absorber, or other oxygen-removal step. (Ex. Z (SURG_0000061, SOP 8.5) (SurGraft AC); Ex. U (SURG_0000054, SOP 8.4) (SurGraft XT); Ex. V (SURG_0000068, SOP 8.11) (SurGraft TL); Ex. AA (SURG_0000009, BT.2107) (SurGraft ACA); Ex. R (Taghizadeh Reb.) ¶334; *see* Ex. H (Hopkinson Rpt.) ¶¶377-89 (identifying none)).

33. In the August 8, 2018, Office Action, the ’259 Patent examiner read “deoxygenated” to mean that “at least some of the oxygen has been removed from the package.” (Ex. EE (’259 Patent File Wrapper) at MiMedx_00000235).

34. The examiner considered Schankereli, Klen, and Hariri in the context of "deoxygenation." (*Id.* at MiMedx_00000239-242).

35. The examiner concluded both Schankereli and Klen read on "deoxygenated": (1) Schankereli's pouches were "evacuated of oxygen (replaced with argon or nitrogen" (*id.* at MiMedx_00000242); and (2) Klen's vessels "have been filled with nitrogen, and thus are deoxygenated." (*Id.* at MiMedx_00000239).

36. The examiner found Hariri "silent" on deoxygenation, where Hariri placed the membrane in double-peel pouch and sealed it. (*Id.* at MiMedx_00000242). The product has an "indefinite[]" shelf life when stored at room temperature, "[p]refer[ably]…under sterile and non-oxidizing conditions." (Ex. FF (Hariri *et al.*, US-2004/0048796-A1) at ¶¶00111, 00119; Ex. EE at MiMedx_00000242).

37. [redacted]

38. [redacted]

39. [redacted]

40. Surgenex's five-year dating rests on packaging validation of seal and sterility integrity and on terminal sterilization of the sealed package [redacted]

## V. VOLKOV AND VISHWAKARMA ANTICIPATE '494 CLAIMS 9-10

41. The '494 patent issued from Application No. 13/954,974 and claims priority to an August 17, 2006, provisional. (Ex. GG ('494 Patent File History) at 58)).

The text of Claim 9 is set forth in Ex. B.

42. Claim 10 is the same, except that the amnion layer "retains a fibroblast cellular layer." (*Id.* cl. 9-10). Neither claim requires a chorion layer. (*Id.*; Ex. T (Taghizadeh Rpt.) ¶50).

43. Vishwakarma is a peer-reviewed article: G.K. Vishwakarma & A.K. Khare, *Amniotic Arthroplasty for Tuberculosis of the Hip: A Preliminary Clinical Study*, 68-B J. Bone & Joint Surgery (British Volume) 68 (Jan. 1986) (Ex. HH ("**Vishwakarma**") at 68). It was published in January 1986, more than twenty years before the '494 Patent's earliest claimed priority date of August 17, 2006. (*Id.*; Ex. GG ('494 Patent File History) at 58; Ex. T (Taghizadeh Rpt.) ¶72).

44. Volkov is a chapter in the published proceedings of an international orthopedic symposium: M.V. Volkov, Arthroplasty of Joints Using Amniotic Membrane, in Arthroplasty of the Hip: 5th International Symposium, Nijmegen, 1972 (G. Chapchal ed., Georg Thieme, Stuttgart 1973) (Ex. II ("**Volkov**")). It was published in 1973, more than thirty years before the '494 Patent's earliest claimed priority date. (*Id.*; Ex. T (Taghizadeh Rpt.) ¶72).

45. As shown in the table attached as Ex. JJ, Volkov and Vishwakarma each disclose every imitation of claims 9 and 10.

46. **"Directly Laminated."** Vishwakarma cut the membrane into squares and discloses stacking numerous wet amnion pieces on a three-dimensional mold and exposing them to ambient conditions for several hours. (Ex. HH (Vishwakarma) at 69).

47. Volkov cut the membrane "into several parts" and arranged up to 50 to 60 of them "one after another" in the mold and dried them at 36–38°C for six to eight hours. Ex. II (Volkov) at 53-54; Ex. T (Taghizadeh Rpt.) ¶¶97, 217, 226).

48. Volkov reports the resulting layers as "thin layers loosely glued together," without any adhesive. (Ex. II (Volkov) at 56; *see* [redacted]

49. [redacted]

[redacted]

50. The examiner found that membranes layered "one upon each other during the drying step" are, "upon dehydration,…laminated together." (Ex. GG ('494 Patent File History ("**FH**")) at 111). MiMedx did not disagree. (*Id.* at 87-88).

51. [redacted]

52. Vishwakarma used amnion "denuded of mucus." (Ex. HH (Vishwakarma) at 69). After removing the mucus, Vishwakarma piled the squares with "the mesenchymal surface of the membrane always facing the glass mould." (*Id.*; *see also* Ex. T (Taghizadeh Rpt.) ¶¶43-44, 216-17, 223, 225, 227, 229).

53. The mesenchymal surface is the amnion's fibroblast (stromal) layer, which lies directly beneath the spongy layer, on the side of the amnion that faced the chorion. (*Id.* ¶¶43-44 (fibroblast layer is "contiguous with the spongy (or intermediate) layer")). [redacted] Its surface is only exposed through separation of the amnion and chorion and removal of the spongy layer. (Ex. HH (Vishwakarma) at 69).

54. Vishwakarma does not describe removal of the epithelium, basement membrane, or compact layer. (*Id.*).

55. Both Volkov and Vishwakarma removed the "mucus" from the amnion after separating it from the chorion. (Ex. II (Volkov) at 53; Ex. HH (Vishwakarma) at 69; Ex. T (Taghizadeh Rpt.) ¶¶95, 97, 216, 225).

56. Volkov's razor removed mucus, leaving "[a] single amniotic membrane…not thicker than cigarette paper. (Ex. II (Volkov) at 53; Ex. T (Taghizadeh Rpt.) ¶¶97, 225).

57. The amniotic surface with spongy layer is only exposed after that separation. (Ex. HH (Vishwakarma) at 69). [redacted]

[redacted]

58. Scientific literature at the time of Volkov and Vishwakarma described the spongy layer as "an intricate, fine, fibril network *bathed in mucus*." G.L. Bourne, *The Human Amnion and Chorion*, Chapter V, p. 40 (Year Book Med. Pub. 1962) (Ex. NN, SURG_0255632-782). Bourne also published a 1962 journal article describing the spongy layer as "wavy bundles of reticulin, bathed in mucin." G.L. Bourne, *The Foetal Membranes*, Postgrad Med. J., 38, 193, published 1962 (Ex. OO, SURG_0019662). Other literature quoted by MiMedx's expert Dr. Badylak describes the spongy layer as "fine fibrils *surrounded by mucus*." M. Farazdaghi *et al.*, *Electron Microscopy of Human Amniotic Membrance*, Advances in Tissue Banking, 5:149, 163 published 2001 (Ex. PP, SURG_0019704). (*See* Ex. KK (Badylak Reb.) ¶82).

59. A 2006 patent application by Dr. Hopkinson, filed the year of MiMedx's claimed priority date, describes removing the "mucinous acellular 'spongy' layer" and calls it a "growth factor rich mucinous spongy layer." WO 2007/010305, "Surgical Membrane," H.S. Dua & A. Hopkinson, filed July 17, 2006, published Jan. 25, 2007 (Ex. QQ, SURG_0019064-130), at 3:5-7 ("[T]he present inventors have surprisingly found that the mucinous acellular 'spongy' layer of the amniotic membrane (see Figure 1) contains high levels of growth factors, being a major repository of a multitude of proteins.").

60. [redacted] [redacted].

Dated: October 29, 2026

By: *s/ Douglas J. Pepe*

Geoffrey S. Kercsmar
Grant S. Cragun
KERCSMAR & O'HARA PLLC
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260

Thomas A. Gilson
ROSE LAW GROUP PC
7144 East Stetson Drive, Suite 300
Scottsdale, Arizona 85251

Douglas J. Pepe (admitted *pro hac vice*)
John Roberti (admitted *pro hac vice*)
ZAIGER LINDEN ROBERTI & PEPE LLC
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 540-9577
dpepe@zlrp.com
jroberti@zlrp.com

*Attorneys for Defendant Surgenex LLC*