**KERCSMAR & O'HARA PLLC**
Geoffrey S. Kercsmar (#020528)
Grant S. Cragun (#034332)
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480) 421-1001
gsk@KandOlaw.com
gsc@KandOlaw.com

**ROSE LAW GROUP PC**
Thomas A. Gilson (#022460)
7144 East Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Telephone: (480) 505-3936
TGilson@roselawgroup.com

**ZAIGER LINDEN ROBERTI & PEPE LLC**
Douglas J. Pepe (admitted *pro hac vice*)
John Roberti (admitted *pro hac vice*)
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 540-9577
dpepe@zlrp.com
jroberti@zlrp.com

*Attorneys for Defendant Surgenex, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MiMedx Group, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Surgenex, LLC,<br><br>Defendant. | No. 2:24-cv-03558-SMB<br><br>**DECLARATION OF JOHN ROBERTI IN SUPPORT OF DEFENDANT SURGENEX, LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, John Roberti, hereby declare and state as follows:

1. I am a partner of Zaiger Linden Roberti & Pepe LLC. My firm is counsel of record in this matter for Defendant Surgenex, LLC (“**Surgenex**”). I am the attorney with primary day-to-day responsibility for handling this matter. The facts set forth herein are true based on my personal knowledge, and I am competent to testify to the matters contained herein.

2. I make this declaration of my own knowledge in support of Surgenex’s Motion for Summary Judgment. This declaration is **Exhibit A** to the Separate Statement of Facts (“**SSOF**”) submitted in support of the Motion.

3. A true and correct copy of the U.S. Patent No. 8,709,494 is attached as **Exhibit B** to the SSOF.

4. A true and correct copy of the U.S. Patent No. 9,956,253 is attached as **Exhibit C** to the SSOF.

5. A true and correct copy of the U.S. Patent No. 10,406,259 is attached as **Exhibit D** to the SSOF.

6. A true and correct copy of the U.S. Patent No. 9,572,839 is attached as **Exhibit E** to the SSOF.

7. A true and correct copy of Plaintiff MiMedx Group, Inc.’s (“**MiMedx’s**”) Final Infringement Contentions is attached as **Exhibit F** to the SSOF.

8. A true and correct copy of MiMedx’s Fourth Supplemental Responses and Objections to Surgenex’s First Set of Interrogatories is attached as **Exhibit G** to the SSOF.

9. A true and correct copy of the Expert Report & Declaration of Dr. Andrew Hopkinson is attached as **Exhibit H** to the SSOF.

10. A true and correct copy of MiMedx’s Responses and Objections to Surgenex’s First Set of Requests for Admission is attached as **Exhibit I** to the SSOF.

11. A true and correct copy of relevant excerpts of the deposition of Robert Tofe is attached as **Exhibit J** to the SSOF.

12. A true and correct copy of relevant excerpts of the deposition of Michelle Massee is attached as **Exhibit K** to the SSOF.

13. A compilation of true and correct copies of examples of MiMedx's EpiFix packaging, produced by MiMedx in this lawsuit as MiMedx_00124046 and MiMedx_01177366, is attached as **Exhibit L** to the SSOF.

14. A compilation of true and correct copies of examples of MiMedx's AmnioFix packaging, produced by MiMedx in this lawsuit as MiMedx_00094034 and MiMedx_01177788, is attached as **Exhibit M** to the SSOF.

15. A compilation of true and correct copies of examples of MiMedx's BioXclude packaging, produced by MiMedx in this lawsuit as MiMedx_01464796, MiMedx_01464797, and MiMedx_00134203, is attached as **Exhibit N** to the SSOF.

16. A true and correct copy of a printout from www.mimedx.com/patents (last visited Oct. 29, 2026), is attached as **Exhibit O** to the SSOF.

17. A true and correct copy of a printout from https://www.mimedx.com/products-overview/ (last visited Oct. 29, 2026), is attached as **Exhibit P** to the SSOF.

18. A compilation of true and correct copies of printouts of earlier iterations of the MiMedx patent website, produced by MiMedx in this lawsuit as MiMedx_00608223, MiMedx_00124062, and MiMedx_00124135, is attached as **Exhibit Q** to the SSOF.

19. A true and correct copy of the Rebuttal Report of Dr. Rouzbeh Taghizadeh is attached as **Exhibit R** to the SSOF.

20. A true and correct copy of the Expert Report of Dr. Matthew M. Hughey is attached as **Exhibit S** to the SSOF.

21. A true and correct copy of the Opening Expert Report of Dr. Rouzbeh Taghizadeh is attached as **Exhibit T** to the SSOF.

22. A true and correct copy of Surgenex's SurGraft XT Manufacturing Protocol SOP 8.4, produced by Surgenex in this lawsuit as SURG_0000054, is attached as **Exhibit U** to the SSOF.

23. A true and correct copy of Surgenex's SurGraft TL Manufacturing Protocol SOP 8.11, produced by Surgenex in this lawsuit as SURG_0000068, is attached as **Exhibit V** to the SSOF.

24. A true and correct copy of relevant excerpts of the deposition of Brian Stoor is attached as **Exhibit W** to the SSOF.

25. A true and correct copy of relevant excerpts of the deposition of Michael Merritt is attached as **Exhibit X** to the SSOF.

26. A true and correct copy of Surgenex's SurGraft C and XTC Manufacturing Protocol SOP 8.13, produced by Surgenex in this lawsuit as SURG_0000075, is attached as **Exhibit Y** to the SSOF.

27. A true and correct copy of Surgenex's SurGraft AC Manufacturing Protocol SOP 8.5, produced by Surgenex in this lawsuit as SURG_0000061, is attached as **Exhibit Z** to the SSOF.

28. A true and correct copy of Surgenex's SurGraft ACA Manufacture Protocol BT.2107, produced by Surgenex in this lawsuit as SURG_0000009, is attached as **Exhibit AA** to the SSOF.

29. A true and correct copy of Surgenex's Advanced Biologics Catalog, produced by Surgenex in this lawsuit as SURG_0000015, is attached as **Exhibit BB** to the SSOF.

30. A true and correct copy of a letter from Surgenex to Tissue Reference Group, dated April 19, 2023, regarding "TRG Inquiry regarding PelloGraft Allograft" produced by Surgenex in this lawsuit as SURG_0000048, is attached as **Exhibit CC** to the SSOF.

31. A true and correct copy of a letter from Surgenex to Tissue Reference Group, dated April 19, 2023, regarding "TRG Inquiry regarding PelloGraft Allograft" produced by Surgenex in this lawsuit as SURG_0000089, is attached as **Exhibit DD** to the SSOF.

32. A true and correct copy of the U.S. Patent No. 10,406,259 File Wrapper,

produced by MiMedx in this lawsuit as MiMedx_00000235, is attached as **Exhibit EE** to the SSOF.

33. A true and correct copy of Hariri et al., US-2004/0048796-A1 is attached as **Exhibit FF** to the SSOF.

34. A true and correct copy of the U.S. Patent No. 8,709,494 File History is attached as **Exhibit GG** to the SSOF.

35. A true and correct copy of G.K. Vishwakarma & A.K. Khare, *Amniotic Arthroplasty for Tuberculosis of the Hip: A Preliminary Clinical Study*, 68-B J. Bone & Joint Surgery (British Volume) 68 (Jan. 1986), is attached as **Exhibit HH** to the SSOF.

36. A true and correct copy of M.V. Volkov, Arthroplasty of Joints Using Amniotic Membrane, in Arthroplasty of the Hip: 5th International Symposium, Nijmegen, 1972 (G. Chapchal ed., Georg Thieme, Stuttgart 1973), is attached as **Exhibit II** to the SSOF.

37. A true and correct copy of a table addressing Volkov and Vishwakarma's disclosure of limitation of claims 9 and 10 is attached as **Exhibit JJ** to the SSOF.

38. A true and correct copy of the Rebuttal Report of Dr. Stephen Badylak is attached as **Exhibit KK** to the SSOF.

39. A true and correct copy of relevant excerpts of the deposition of Ryan Douglas is attached as **Exhibit LL** to the SSOF.

40. A true and correct copy of the Rebuttal Report of Dr. Andrew Hopkinson is attached as **Exhibit MM** to the SSOF.

41. A true and correct copy of G.L. Bourne, *The Human Amnion and Chorion*, Chapter V, p. 40 (Year Book Med. Pub. 1962) is attached as **Exhibit NN** to the SSOF.

42. A true and correct copy of the G.L. Bourne, *The Foetal Membranes*, Postgrad Med. J., 38, 193, published 1962, is attached as **Exhibit OO** to the SSOF.

43. A true and correct copy of M. Farazdaghi *et al.*, *Electron Microscopy of Human Amniotic Membrance*, Advances in Tissue Banking, 5:149, 163 published 2001 is attached as **Exhibit PP** to the SSOF.

44. A true and correct copy of WO 2007/010305, "Surgical Membrane," H.S. Dua & A. Hopkinson, filed July 17, 2006, published Jan. 25, 2007 is attached as **Exhibit QQ** to the SSOF.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of October 2026.

*/s/ John Roberti*

John Roberti