**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MiMedx Group Incorporated,<br>Plaintiff,<br>v.<br>Surgenex LLC,<br>Defendant. | No. CV-24-03558-PHX-SMB<br>**ORDER** |

Before the Court is the stipulated motion of Defendant Surgenex, LLC ("Surgenex") and Plaintiff MiMedx Group, Inc. ("MiMedx") (the "Stipulated Motion") (Doc. 219) (1) pursuant to LRCiv 7.3, to extend the deadline for Surgenex to file dispositive motions by two hours; and (2) pursuant to L.R. Civ. 5.6(b), stipulation and joint request that that this Court seal (a) the unredacted version of Surgenex's Motion for Summary Judgment ("Surgenex's Summary Judgment Motion," lodged at Doc. 214); (b) Surgenex's Separate Statement of Facts in Support of its Summary Judgment Motion (the "SSOF," lodged at Doc. 215); and (c) SSOF exhibits F, G, H, I, J, K, L, M, N, R, S, T, U, V, W, X, Y, Z, AA, CC, DD, KK, LL, and MM.

The Court having considered the Stipulated Motion, and good cause appearing,

**IT IS ORDERED** that the parties' stipulation to extend the deadline to file dispositive motions by two hours is GRANTED.

**IT IS FURTHER ORDERED** that the parties' stipulation and joint request to seal is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file under seal the following documents:

A. The unredacted version of Surgenex's Summary Judgment Motion (lodged at Doc. 214);

B. The unredacted version of Surgenex's SSOF (lodged at Doc. 215); and

C. Exhibits F, G, H, I, J, K, L, M, N, R, S, T, U, V, W, X, Y, Z, AA, CC, DD, KK, LL, and MM to the SSOF (lodged at Docs. 216 and 217).

**IT IS FURTHER ORDERED** that the redacted versions of Surgenex's Summary Judgment Motion (Doc. 212) and the SSOF (Doc. 213) shall remain on the public docket.

Dated this 10th day of November, 2026.

Honorable Susan M. Brnovich
United States District Judge